In the Matter of SIDNEY N. ELSNER, an Attorney and Counselor at Law.— Matter referred to Hon. Charles R. Pooley, official referee, to take the proofs and return the same with his opinion thereon, and Harry D. Sanders designated to appear and protect the interests of the respondent Elsner. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of JAMES MAISEL, an Attorney and Counselor at Law.— Matter referred to Hon. Charles R. Pooley, official referee, to take the proofs and return the same with his opinion thereon, and Harry D. Sanders designated to appear and protect the interests of the respondent Maisel. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATALE MONTALTO, Appellant.— Time for argument of appeal enlarged to and including November eighth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

# FIRST DEPARTMENT, NOVEMBER, 1929.

MARGARET GILMOUR, Appellant, v. JAMES WARD ALKER, Respondent.

PER CURIAM. In the exercise of a sound discretion the trial court should have permitted the brief adjournment requested by plaintiff. We do not pass upon the question of liability which should be determined upon all the evidence available to the plaintiff. The judgment and order should be reversed and new trial ordered, with costs to the appellant to abide the event. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event.